UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-10337 |
| | | CHAPTER 13 |
| SCOTT M. COATE | | |
| JODIE A. COATE | : | JUDGE J. VINCENT AUG |
|     DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917171 | $5.13 |

Creditor(s)
Assoc in Womens Health
P.O. Box 710880
Cincinnati, Ohio 45271

                                                                           Respectfully submitted,

                                              /s/    Margaret A. Burks, Esq.
                                                         Margaret A. Burks, Esq.
                                                         Chapter 13 Trustee
                                                         Attorney No. OH 0030377

                                                         Francis J. DiCesare, Esq.
                                                         Staff Attorney
                                                         Attorney No. OH 0038798

                                                         Karolina F. Perr, Esq.
                                                         Staff Attorney
                                                         Attorney No. OH 0066193

                                                         600 Vine Street, Suite 2200
                                                         Cincinnati, OH 45202
                                                         (513) 621-4488
                                                         (513) 621 2643 (Facsimile)
                                                         mburks@cinn13.org - Correspondence only
                                                         fdicesare@cinn13.org
                                                         kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, September 22, 2010.

                      /s/    Margaret A. Burks, Esq.
                            Margaret A. Burks, Esq.

Assoc in Womens Health
P.O. Box 710880
Cincinnati, Ohio 45271

Debtor(s) Counsel
RYAN J. RUEHLE, ESQ.
810 SYCAMORE STREET
4TH FLOOR
CINCINNATI, OH  45202

Debtor(s)
SCOTT M. COATE
JODIE A. COATE
6155 OLD STONE COURT
HAMILTON, OH  45011

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)